**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO.: 5:05CR235**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **YANCEY LECALL BANNER,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion to Correct Record" (Document #184) filed by the Defendant, Yancey Lecall Banner, on or about February 25, 2006. In his motion, the Defendant requests that the docket be corrected to reflect that the Defendant's plea was accepted following his Plea and Rule 11 hearing on January 27, 2006, not January 24, 2006. For the reasons stated in the Defendant's motion, the motion is hereby **ALLOWED**.

      **IT IS THEREFORE ORDERED** that the Clerk take whatever steps are necessary to cause the record to reflect January 27, 2006 as the correct date for the acceptance of the Defendant's plea of guilty.

Signed: March 13, 2006

David C. Keesler
United States Magistrate Judge