# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 5:05-CR-235-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| YANCEY LECALL BANNER, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal First Step Act Motion" (Document No. 882) filed January 14, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Supplemental Motion for Reduced Sentence Under the Frist Step Act of 2018 contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal First Step Act Motion" (Document No. 882) is **GRANTED**, and the Defendant's Supplemental Motion for Reduced Sentence Under the Frist Step Act of 2018 (Document No. 881) is sealed until further Order of this Court.

Signed: January 14, 2020

David C. Keesler
United States Magistrate Judge